We'll call the next and final matter for the morning, which is Macaulay versus University of the Virgin Islands at Al. Mr. John Baptiste Morning, Darren John Baptiste on behalf of Steve and Macaulay I would respectfully request leave to leave five minutes for rebuttal ready, okay? The court did in fact you know issue a order Identifying specific issues that it wanted some clarification I guess I'm but I just wanted to state from the outset that one of the more perplexing Issues at least to me with respect to this case is that as it stands today my client Has basically been penalized For violating a section that the trial court has found to be unconstitutional I mean the record down below and so forth shows that he was assessed a $200 fine And he was required to write a letter of apology pursuant to a hearing where he was found to have violated the same subsection subsection E, but Needless to say the court's question first question was What an entity is a person for purposes of 42 section 1983 and of course you know I look at the pitch factors and Taking a look at the pitch factors. I think at minimum at the least we can say This case is just the type of case that a Supreme Court spoke about in has the Port Authority Did you guys ask you a question before you start to apply the factors? Yes, I found a case that is not cited. I don't think in either brief. It's a case called the grayness NG IR AI and ES versus Sanchez a Supreme Court case from 1990 Where it I believe it if I can summarize it it says the person for section 1983 does not include federal territories or by extension Territory officials acting in their official capacity be familiar with that case not with that case, but I have I have our case Okay, okay From reading some some of the annotations in my arm, I'm sure I've seen that that But I submit to the court that even here the trial court itself Acknowledge a prior case, but I I don't think that we can just Just generally say that because it's a territory that you know There Would be no liability under section 1983. I think that we have to look at the factors and when we look at the factors Like I said this case in my mind You know fall squarely within has the Port Authority. I think it's one of those argued in your brief I believe that the district courts weighing the Fitch it factors was inconclusive and I and I don't understand And and and if if you would did just to Stand directly in front of the microphone rather than move around just so we get everything you've said But I'm curious as to what it is. You think the district court did incorrectly in way well for instance In one section the court. I think it's where the court is discussing Status on the case law for instance I Love the island. Sorry the courts right here. Yeah Status of you via on a version of the court starts. So it's analysis by saying that looking at the different Factors and this is on page 21 of the joint appendix the courts Memorandum opinion the analysis of the entity status and a version of that is broken down into four sub factors and it lists them With respect to UVA these factors do not clearly weigh in one direction But at the end of that section the court You know goes the other way It says that though you have many attributes associated with independence and it shows you that when you look at the factors is very hard And so forth for you to just go exactly in fact disabuse me of this notion if I'm correct, but if I'm incorrect, but I Believe you conceded that the court Correctly identified the factors you simply disagreed with the way the court weighed the factors and it seems to me that at the end of the Day, all you're saying is you weigh them differently than the district No, no, I think that No, I will I will not say that I think clearly if you you you look at the factors For instance, I think at the end of the day Because it's not you know, it's inconclusive. I think that you have to come to the ultimate question as identified in the Camden in your Camden decision that It says The principal rationale behind the 11th amendment protection of sovereignty and estates through the progression of federal court judgment Is that must be paid out of it? I'm sorry Ultimately the question becomes whether or not any judgment is going to have to be satisfied from the state court And when you say ultimately, that's the question That's ultimately the question if the factors are pointing in different directions, but here the district court Didn't think they were pointing in different directions Yes, the court apparently thought that when you take all three of those factors and you weigh them together It's true that they don't all Point 100% one way, but it's not inconclusive. This court that viewed as inconclusive district court viewed it as yeah They're pointing toward saying this is an arm of the territory Yeah, but you know one of the one of the problems that I had there is that of course This issue can be raised at any time, but at the trial court before the district court, there was absolutely no evidence There wasn't anything made by though. There was no effort by the defendants in this instance to raise immunity as a defense So therefore we don't really have You know much testimony anything on the record and so forth, you know that you know could could have guided the courts in its determination But what I'm saying is that at this point when we look at the record when we look at the record, I mean for instance with respect to UBI status under Virgin Islands law on one hand it tells you that UBI has the capacity to sue or be sued pursuant to Virgin Islands law that It's a instrumentality of the government But then we have it's governed by the Board of Trustees, which you know, is a body body politic on corporate that the UVI itself You're weighing the factors and you're thinking the district court didn't do it, right? You're really you're reweighing the factors Yeah, but what I'm saying and you look at the courts factual findings and whether or not it was fairly erroneous and questions of Plenary review and what I'm saying is that At this point, I think it's it's so clear that the court was wrong. I think the court here You assert standing here I have a couple questions about standing. The first question I got is just a factual one. I'm wondering If it appeared to me correct me if I'm wrong Your client didn't Have any idea really about what these this Code of Conducts have held after these charges. And if that's true How could he have been chilled in his speech and therefore have had standing to object to those things other than paragraph E? Well, I think that Even if we just say that, you know Pursuing to paragraph E, you know, he can mount a facial challenge as well as applied challenge I think once we have standing that's across the board At least I think so. Across the board as to every one of these sections? Well, he was a student at UVI at the time and he Doesn't have to have some injury in fact Doesn't have to at least say that affected me. I was I didn't speak up And I think and I think On the record During direct examination. He did indicate and stuff that he did have some fair with mr. John Baptiste Let me let me point in that regard specifically to Direct examination. Let me point you to major infraction paragraph R. This is the misbehavior at sport events, etc, etc Question. Has. Have you suffered a deprivation in any way in connection with subsection R? Answer. No That's direct examination. Questioning by myself? Direct examination. Oh, it's that cross-examination. I think what the court is making reference to is my judgment by the court. Well, regardless of whether it was direct or cross, it's your client's answer I'll take this opportunity to point out that indeed I raised an objection with respect to what I perceive to be Overzealous questioning by the court. I think that indeed whereas my client during that direct examination You know, he gave testimony that indeed He had a fear of you know Being brought up on charges just as he was in this instance and that's what that was his testimony on direct examination But once cross-examination began and the court started to ask these questions I did and I can point the court exactly to where in a trust that wasn't the court asking The for instance the court Paid a to page 83 page 136 By the court and stuff and the court actually turns to my client and says to my client. Mr. McCarty This is a court of law. This is no joke and he starts to recede from you know, his position before the court and I think that Saying well, hey, I don't challenge these positions. I think that would be incorrect for the court to do that I think that you know, um, my client came in he came in there. He put on a record what his concerns were but But we're in the record if there is any record is There evidence that his behavior had been affected by any of these Items prior to the lawsuit prior I To my recollection that there isn't anything showing that he was affected by these things prior to the lawsuit, but He there is testimony that he he got the student handle and the court of student kind of he reviewed it And yes, indeed once He was notified before charges were formally filed once he was notified by mr. Sean George's I think in October that you know, his actions could open him up to that He's an enrolled student and he actually was subject to being charged I mean he he was facing charges for he is in on harassment. Indeed. He was actually ultimately fine $200 I Wouldn't say that he was unaware. He said that he he page 152 the transcript question. Have you suffered any deprivation in connection with subsection C? answer no That's a that's a the objection there is they want to make me speak and I don't want to speak how Isn't that a fundamentally just an analytically different animal then chilled speech the way the other paragraphs are Yeah, I could see somebody coming in saying hey the existence of those other things affects me because they don't speak up the way I would With paragraph C. How do you have standing if you've never been called on to speak and it's an enforced speech section Well, and and Margaret, can you put another five minutes on the clock, please? Thank you With As I indicated and well, I don't know if I indicated in my brief, but my argument has basically been that Here it is. The quota student kind of basically tells him. Hey, you can be brought up on charges if you Absorb, you know some type of conduct that would run afoul of the quota student kind of thing you don't take a formative action and I think that has been you know My argument but what I'm saying is is that I don't see that we can separate the fact that the Mike my client has standing to mount this facial challenge as it pertains specifically to subsection II But then because the court strikes that down we're going to say well We're going to disassociate that from all the other provisions and indeed There's no no doubt that he's been a student at the University all of this time. I mean to me page 163 of the transcript minor infraction paragraph H. That's the conduct which causes emotional distress Question you have not suffered a deprivation of any kind with respect to the application of section H answer And again, I point out to the court all of this information is being elicited after the court You know confronts my client and basically advises him. This is a court of law and it's no joke and From from there. We see him, you know being more aloof more stand back and he's afraid he's afraid and I can point the court To exactly where that is and I made my objection on the record subsequent to them but Page 82 page 83 So, so yes, I mean it is it is basically do I understand that your response to all of my questions about his Answers that he did not suffer deprivation is because The lack of a better term his testimony was chilled in the wake of what judge Gomez said to him No, no, my position is indeed my client has standing because one he suffered an injury He was a student at UVI and that gives him the opportunity the case lies clear that in the area of the First Amendment We're going to allow Individuals such as my client to come forward because of the chimney effect of Very good. That's what I want you to answer. Give me a case that is Akin to what we have here. We've got somebody who apparently is saying on the record But I think you could read this record to say I Wasn't even really until I read the thing after I was charged I wasn't even really aware of what these things said and then on the stand says These other things didn't affect me at all How how does that fit in our case law about standing when the standing cases appear to be? Cases where the people bring them Having said I wanted to speak up in class, but I was chilled I couldn't speak up in class because I was afraid I was going to get bad. But but but again, you're It seems as if you want me to disassociate Subsection from all the other sections. I mean subsection. He he was actually he actually was charged He was shot and he continued to be a student at the University During the the two two and a half years that it took to get this month of before the court and What I'm saying is that all that time I mean there was testimony on the record with respect to the different things that he was required to do by UVI I think there was testimony that he wasn't permitted to stay in the halls and that he was staying at initially or whatnot So, I mean he had to he had to modify his conduct. I mean there was even testimony on the record that when But I've asked for it I've asked for case Do you have a case that's sort of akin to this where the person says I wasn't I didn't have any deprivation We didn't even really know about it, but I want to tell What I'm I don't have such a case But what I'm saying is that it's it the court should not point to you know These you know these sections where again, you know, this information comes out, you know a bit afterwards Difficult though, isn't isn't there an inherent contradiction isn't it difficult to be chilled by something? When you don't know you were chilled until later on and perhaps even have had an opportunity to talk to a lawyer about it perhaps but one of the things perhaps but From the from the time a complaint was filed He continued to suffer injury because he continued to be a student at UVI and he testified that he had to modify his behavior out of fear that additional charges could be brought and indeed there was even testimony from Faculty members at UVI who stated that the Code of Student Conduct allowed them to reach his conduct over the offshore bar Allowed him to reach his conduct with respect to this non-sponsored school website this non-sponsored our website It wasn't a school sponsored website. So I think that this is you know, just the type of case This isn't too far away from from Temple University with this court just recently decided Hey, John Yes, Dijon I Would thank you very much. Have you back? All right. We'll have you back on rebuttal. Thank you I guess I added that five minutes without asking you whether you wanted it or not, but we we want we wanted to hear from you Thank you. All right. Thank you very much May please the court my name is Marie Thomas Griffith and I am here today on behalf of the a police the University of the Virgin Islands and Individual defendants Raxter and Georges. You know, I'd like to be honest I'd like to begin my presentation with respect to the standing issue that My opposing counsel just addressed before the court Essentially what I understand is that the over-breath argument that appellant comes to this court He asked to extend that over-breath argument to allow him to proceed on Simply never made applicable to him and I I understand that And and that's precisely the key inquiry that your honors have to look into because the article 3 concept of standing is one that obligates this court to determine the existence of a case or Injury in fact precisely to sections are H C and B of the code and what he's telling us For the sake of us proceeding quickly attorney Griffith is fine today. Thank you. I Understand Even if Mr. McCauley didn't know about paragraphs are At the time that he was charged with paragraph II he became aware of them and he continued after that to be a student and to suffer because of it and that therefore we should you his case as Implicating those things because once he was aware of it. It was acting on it was chilling That's enough What are you seeking perspective? Adjunctive relief so it'd be wrong, right? Well, there are a few things your honor. First of all, is that the injury in fact component of article 3 Constitutional standing does not dispense with the requirement that an individual litigant make out an injury in fact That would be an injury in fact under to John wouldn't I mean if the John? the assertion was and in fact It's an assertion that hey Knowing that that's out. There is affecting my behavior. That's enough of an injury It is not the knowledge of the provisions existence that creates the injury In fact, it is the litigants ability to identify a causal connection between some activity some action that he desires to progress with in the face of these the Satisfying the article 3 standing obligations that this injury is concrete It's particularized and it is actual or eminent In fact, your honor's a speculative nature of an injury is inadequate to sustain is your position that there had to have been a charge In order for him to have standing he had to have been charged under paragraph are Your honor that is opposition unless those provisions stand in the face of the John Your honor it is a standing is a requirement that says this litigant has an actual injury Unless this litigant can say where this particular provision of the code Impacted his ability. I will I will particularly all right. So you're now Are you departing from your response to judge Jordan that he had to be charged and that? Instead it's some kind of impact on him It is the existence of the provisions and their impact on his speech the Dijon case particularly related to the existence of the provisions that were Affected that the student was affected by in this case. There is no impact to his speech this Mr. Macaulay does not articulate how those particular provisions affected him in any way until he was standing before the court I think what's what's sticking her across that here is you said that you actually have to be charged under it What about a threat of a charge? What if an administrator he's got a sign at a game and the ministers just take that thing down and he takes it down Is that is he affected there as an appellate tribunal? This this court is going to be bound by the record at trial a trial Mr. Macaulay says when asked about each of those four provisions I have not suffered a deprivation of those provisions I did not consider those provisions until after charges were brought and I had consulted with a lawyer I had not I have not my speech has not been affected by any of those provisions I think in light of that concrete testimony at trial Concerning the non-impact of these provisions to Mr. Macaulay He simply does not sustain the article 3 standing requirements that gets him before the court and gets him an adjudication as to these provisions and Let me pursue this just a little bit with you looking at what I think Mr. Dunn that piece was referring to Talking about paragraph b Mr. Macaulay is asked by the court what is it in paragraph b Verbal assault lewd indecent words seen conduct or expression on university property What are you deprived of by that section I'm looking here at the appendix 148 And he says in response well it's very general and would actually limit a range of Court interrupts and says just tell me what you're deprived of and he says I believe I'm deprived of the ability to or to express myself As since this provision states that what is obscene or lewd, you know, that's pretty relative from person to person I believe So your position is you believe you should be able to express yourself and obscene indecent lewd manner on university property that the university is deprived Of that answer. No, I don't believe that I should anyone should be lewd or indecent So what are you deprived of ask the court? I just believe the provision should be a little more specific That's where we get into the you think this is a joke question and According to mr. John that piece his client backs off now Couldn't this paragraph be interchange between Mr. Macaulay and the court be read? To as an assertion by mr. Macaulay I'm concerned now that what I think is fine Somebody in the central administration is going to say is lewd or is Indecent and and I can't talk the way I want to talk because it doesn't seem indecent to me But now I can't speak up for fear that I'm going to get tagged with the paragraph B violation Isn't that enough to give a stand that that is not sufficient your honor the the article 3 standing obligation Does not let mr Macaulay come to court to adjudicate the rights of third persons who are not there standing before the court when he himself Cannot articulate an injury. In fact, it is also the case law in this circuit that that's that conduct That includes lewd and obscene speech is never protected And so mr. Macaulay would not be able to maintain a challenge on overbread grounds with respect to paragraph C of the university's code The that is that is correct to the extent that the overbred doctrine does not dispense with the article 3 Constitutional mandates which require the existence of an injury in fact, well And let me stay on this point Because Frederick does indeed say that you can see that says that what is there in the record With respect to the impact on others on other students. There is nothing your honor Mr. Macaulay stands before the court and he says he is there as an overbred claimant There is nothing in the record that establishes who these third parties are whose speech may be affected by the relevant provisions of the code and the overbred claimant, although they stand there as a matter of the Judicial prudence in allowing him to bring forward the overbred claim still is obligated as a point of fact on constitutional standing grounds to make out their own Independent claim of injury with respect to the challenge provisions. There is simply nothing in this record as well Where mr. Macaulay says as to these four provisions Here is the injury that I articulate as a claimant and he makes no As-applied challenge with respect to those four provisions if we assume their standard how And we get to the merits of the R, E, H, W paragraphs Help me understand How it is that The language, the language of those, in particular the assertion by the district court that under Fraser or under Hazlewood these are okay things for the university to do when Hazlewood and Fraser were both high school students and the amicus and the opponent were both high school students That's the wrong thing We simply don't get to the merits of this case where the plaintiff lacks the ability to Satisfy the standing we want you to get to the merits I said assumes them I'm trying to get you to meet the merits So what's your argument in response to that? With response to that assuming this plaintiff meets the standing requirements the district court did not properly Determine whether or not he has the right to to say these things with respect to our Sections R, H, C, and B. We believe that the district courts analysis is not on point on that issue Your honor also McCauley's ability. It's not on point one. I mean you guys prevailed on those so Yeah, usually you dance with the one that brung you now Are you are you departing from the reasoning of the district court that sustained your position and if you are Tell us why. No, we're not departing. I apologize if I misunderstood your honor's question We absolutely agree with the district court's ruling as it as it relates to the merits of Mr. McCauley's claims. Okay, so then my question to you stands How does the district court's reasoning based on Frazer and Hazelwood which were high school cases Translate successfully to the to the university setting particularly after DeGioia said there's less leeway In This case your honor, I believe the the district court focus on on the regulation of speech in the context of the College arena, which is appropriate and consistent with the Hazelwood decision and under the Hazelwood framework the University is allowed to regulates Conduct as opposed to pure speech. Let's try What we Both since Jordan and I have Suggested in the wake of Hazelwood Frazer and especially more recently to John That those cases don't seem applicable. But let's look at the language of some of the specific sections. Let's look at all That's that's the major infraction misbehavior at sport events and and Subsection three states that an individual with an unauthorized sign can be subject to discipline Are there procedures for getting authorization? Can you point to them? Are they in the record? Your honor with respect to that provision that has been challenged by mr. McCauley he does not come to this court on articulate Whether or not he has tried to have such stand and that's back to stand we're passive We're trying to deal with the mirror So assume for the sake of discussion that he's got standing and please answer the question about whether there's something in the record That would allow us to say. Oh This is a valid restraint or no It looks like this is a prior restraint with no direction at all on how the university is to exercise the discretion Unauthorized There is nothing in the record on that point and that's because so if I'm a student, how do I find out about authorization? Those those are matters that were not presented at the trial court level and as an appellate tribunal The focus is going to be restricted to what? Claims the plaintiff brought before this court and which were adjudicated at the level of the district court. Well, that was That was adjudicated the court Reviewed on the merits to challenge the paragraph bar and made a decision on it So if we accept that they're standing the way the district court did we're left to say, okay How can the university justify something that says if you're going to come to a sporting event? You better clear your sign with us in advance and and say yeah That looks good to us and consistent with the First Amendment. No prior restraint there. How do we do that? As a facial challenge, your honor's the requirement of this claimant is to establish that the the unconstitutional aspects of the objectionable aspects of the provisions are Blurred in light of the legitimate sweep of the rest of the regulation. Mr. McCauley presents no evidence about what the infirm provisions of section R are I assume what what you're suggesting is our obligation to look for a reasonable limiting construction Yes, that is that I was going to get to that next that is an obligation that the court has but how do we find? That when there's nothing said with respect to procedures and and that goes to I know I keep going back to the issue of standing But yes, and we would prefer that you know, we're looking now at the merits We've talked about and I'm and I'm the merits of this your honor There is simply no testimony at the level of the the trial court that went to What exactly the regulations are pertaining to section R of the university's code Let me return to the language of R. Just one it uses the term offensive which I Suggest may have some problems with it Or and this is in the context of Sporting events misbehavior at sporting events aren't many sides of sporting events by their nature offensive to the opposing team I'm from Pennsylvania from Western Pennsylvania and I can imagine at a University of Pittsburgh football game a sign that says if you can read this You are not a West Virginia Mountaineer Isn't it possible that somebody from West Virginia would find that offensive You know, I see that my time has come do I will put another five minutes on the clock, please. Thank you, Your Honor Your honor with with respect to section R and and the scenario that your honor presents It is possible that you can identify provisions Applications of this rule that may may have a problem that is not a problem That is before this court for redress by this particular claimant I it appears to be it is if we accept their standing How is it not before us if he's got standing to raise the overbreadth issue and the district court ruled on it Which it did how how is it not before us? The the issue of how the reach of section R and how far reaching that is is an issue that that we submit this claimant would have an Obligation to put forward the evidence before this court to sustain his challenge on a section 1983 basis And that's what he did. He said look here it is on its face. It's overbroad That's what a facial challenge is It says you don't need to do anything except read this thing and you can see it reaches Constitutionally protected free speech. It says you're not allowed to be offensive at a sporting event. Well, holy smokes us Judge Smith just point out. There's all kinds of stuff which is sensitive soul might find offensive your honor What's your what's your response to the facial challenge? The state of the law with respect to the facial challenge is if the regulation can be read to sustain Constitutional muster it must be given that interpretation and then to the extent that there is a limit in how do we do that? What's what is the more limited view of our take our how would that be read in a more limiting way? That would not encompass protected If I may have one moment to look at regulation are sure Regulation are Speaks to misbehavior at the sporting events and with respect to the language displaying It says any authorized unauthorized Obscene offensive or obstructive sign we we submit your honor that you can read regulation are to in come within the ambit of speech that is going to be constitutionally infirm such as Profane speech in the context of this educational arena that this case is involved in such as speech that says directed to an enemy of Someone that says I will kill you and and modeled when it's Sweeping that isn't it? I understand about obscenity. But what about it's gonna be authorized. Isn't there a prior restraint on speech that it's up to whoever Might authorize it so we don't know who that is The challenge here is that it is the claimant's obligation to come forward with the types of speech that would be miss miss Griffith Dijon, which we have invoked with both you and mr. John Baptiste. Yes, Dijon Involved a regulation a provision that used the word Offensive that is a word that is hopelessly ambiguous Is it not and isn't that game set and match as one of our colleagues would say at least as to paragraph on? you are to the extent that The issue here is the regulation of pure speech I Would concede that Dijon is applicable, but I would suggest your honor that what is an issue here is beyond Pure speech and goes to conduct which includes conduct that is not Protected by protected speech by the First Amendment. How can you say that we're talking about a facial challenge at this point? We're talking about a facial challenge to paragraph are pure speech. I hold up a sign says on it You know something that Even highly If if Delaware had a real football team you could use that example So if you've got that kind of circumstance that is What a facial challenge is all about How can you say what's an issue here is something other than the facial challenge Even on the facial challenge you are and assuming that we bypass the the constitutional standing hurdles we would suggest that Your honor's obligation would be to identify a limiting construction to section are to stiff Sufficient to preserve and save the provision in light of and so if the but isn't your obligation to tell us what that limiting Construction is and that's what we've been searching for for the last few minutes here is for you to help us to understand is there some way to save this thing and I'm getting the impression that You're thinking maybe there isn't Hearing what it is if there is well, you're on the difficulty that I have is is twofold Hey, it is that I have attempted to identify how? Section R could be read in such a way that it includes on speech that is not protected by the Constitution I also right it's it you may well be right that bar could be read in a way that it did include and prohibit speech That isn't protected by the Constitution, but the question we're dealing with this Does it also include speech that is protected your that's what we're trying to do the answer your answer is not an answer to an overbred problem You know, I I do believe what is an answer to the overbred problem is the limiting construction and the balance in analysis that your Honor's have to engage in you you cannot strike down as as overbroad a regulation without first balancing or determining the extent of that overbred in Relation to the plainly legitimate suite of the of the regulation and that's the dick That's the second difficulty that I mentioned earlier, which has to do with without Information from this claimant as to what he articulates is constitutionally infirm about the provision We're left to be mindful of the case law And if the only language in in this provision is objectionable is the word Offensive then we would submit your honor that the the infirm provisions or the infirm portions of section are Small or reasonable in relation to the legitimate sweep of the entire section The as-applied challenge was actually raised after trial Which is something that I understood you to object Yes, your honor I Asked you another question. It's also completely unrelated I Know that we have an immunity challenge I don't see the 11th amendment though refers to states the Virgin Islands considered a state for purposes of the there is case law that says that the territorial government is included on for purposes of the 11th amendment and This case and the Virgin Islands we have at least two cases that have determined that the an instrumentality of the Virgin Islands government is Considered is not considered a person's for purposes of section 1983 Liability and the particular case I'd like to refer your honor to is the brownie Farrelly decision that That addresses the issue of 11th amendment immunity extending to the territories It's the third circuit decision The brownie Farrelly case I do I do have it Thank you, thank you You wanna I did not Have the opportunity to speak to the arm of the state analysis Do I have a time that I can do that at this point? I I Don't think it will be necessary council. We've homed in on the areas that we wanted to hear Very well, we have it we have it from your brief. Thank you very much. Very much. Mr. John Baptiste. You may have a button Okay, I was up here just a minute ago and you know, I Started to say but as I sat down there This is exactly what I wanted to point the court to on the court is aware But in the area of the First Amendment bear the ship in Shippensburg, you know, I I came into court Representing my client using that case as my guidepost and it merely says that An individual would even do in the case at hand Rather than trying to paraphrase let me just read I'm sorry There is Shippenburg It is well settled that it is well established that in the area of freedom of expression and overbroad Regulation may be subject to facial review and invalidation Even though its application in a case on the consideration may be constitutionally unobjectionable moreover that This exception to the customary standard requirements has been justified Based upon an appreciation that the very existence of some broadly written laws has the potential to chill that expresses an activity of Not before the court that and that's 2003 No, that's actually by judge Okay, but it didn't go I think it went up to the Third Circuit did not I don't know but I know what you're reading From this judge Jones's decision, right? Okay, but but he's a wonderful judge and he's very smart man I'm prepared to listen very carefully to what he says read that case carefully that you described and quoted from and and my question to you based on that is in bear To you had a circumstance where the the two plaintiffs? alleged specifically I'm a student and I was chilled in my speech And we have that here because as the court the court actually gave up a Basketball analogy and my client spoke to just that situation that he's a he's a big. I think it was a Chicago Bulls But it wasn't it wasn't a in that case it wasn't a circumstance where the The the plaintiff came into court and said well, maybe if I did X Y & Z Now I would be troubled it was a case where they actually said I have been affected that's why I'm coming Well, I think that the the recurring team with respect to my client is that all that he identified at all of these different prohibitions and so forth was very General that it captured it could capture a bunch of conduct a bunch of speech and that he had a apprehension of fear running a fault indeed When he was notified that he was being that he could have possibly violated I don't think that the charges came out yet, but he was notified that We got a complaint from this young lady and this complaint is based upon Your going to her dorm room and his testimony was that it was not my intent To to threaten her or pose any harm to her But so he goes to the court of student conduct and he looks at it and he sees indeed that according to the war the written war of the court of student conduct indeed Someone could believe that he's committed a violation So you're if I understand your argument your argument is even if he wasn't chilled before this when he learned of it He became chilled and that's enough because we're seeking perspective belief. That's good enough. Yes Yes, yes But one Yes, and that's what it is because he continued to be a student a matter of fact I think he's still a student at UBI to this day but nonetheless Well, he graduated I think he's pursuing master's but I had known that I could take marine biology and stay in college that long I had to change my major But And and I and the court, you know pointed out the court question as to What are some of these these interests and I think that was for the defendants to bring forth you know, what concerns were they trying to address and indeed I think I tried the question was asked by At least two of the key faculty members in this instance You know what incidents on campus were these regulations designed to address and it pointed to not one single incident so I think that the threat is real and I think that What the John, you know speaks about it is, you know directly implicated right here You know, we have a student body my client was a student at the time and he was subject to all of these different provisions and even though the court might Find that in the case had issued there was there may be someone but I submit it's a facial challenge He's in court and that's enough and so forth for the court to reach these provisions I mean we have general words such as offensive which Falls right in line. It's like a template We can take the John and just put it down over the path of this case and it's the same thing Thank you very much